IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

      Plaintiff,                      No. CIV S-03-2044 LKK JFM P

    vs.

S. M. ROCHE, et al.,

      Defendants.           <u>ORDER</u>

_____/

        On September 13, 2004, plaintiff filed a request for reconsideration of the magistrate judge's order filed August 9, 2004, dismissing plaintiff's second amended complaint with leave to amend.[1] Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

////

////

---

[1] Plaintiff's request is styled "Third Amended Complaint." Review of the document shows, however, that it is a request for reconsideration of the dismissal of the second amended complaint. A copy of plaintiff's second amended complaint is appended to the request.

1

  Therefore, IT IS HEREBY ORDERED that:

  1. Plaintiff's September 13, 2004 "Third Amended Complaint" is construed as a request for reconsideration of the magistrate judge's August 9, 2004 order dismissing plaintiff's second amended complaint with leave to amend;

  2. Upon reconsideration, the order of the magistrate judge filed August 9, 2004, is affirmed;

  3. Plaintiff is granted thirty days from the date of this order to file a third amended complaint in accordance with the magistrate judge's order;

  4. Any third amended complaint must be filed on the form provided with this order and clearly identified as a third amended complaint and must bear the case number assigned to this action; and

  5. The Clerk of the Court is directed to send plaintiff the court's form civil rights complaint and accompanying instructions.

DATED: May 12, 2005.

        /s/Lawrence K. Karlton
        UNITED STATES DISTRICT JUDGE

/will2044.850