IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS, SR.,

        Plaintiff,               No. 2:03-cv-02044-LKK JFM P

       vs.

NORMAN BARON, C.M.O., et al.,

        Defendants.         ORDER

_____/

        Plaintiff has requested an extension of time to file a third amended complaint pursuant to the district court's order of May 13, 2005.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's June 13, 2005 request for an extension of time is granted; and

        2.  Plaintiff is granted thirty days from the date of this order in which to file a third amended complaint.

DATED:  June 21, 2005.

UNITED STATES MAGISTRATE JUDGE

12/kf;will2044.36a