IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

    Plaintiff,                No. CIV S-03-2044 LKK JFM P

    vs.

NORMAN BARON, C.M.O., et al.,

    Defendants.          <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to file and serve an opposition to defendants' April 5, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's April 20, 2006 request for an extension of time is granted; and

    2. Plaintiff's May 1, 2006 opposition to defendants' motion is deemed timely filed.

DATED: August 24, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp
will2044.36(2)