IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

      Plaintiff,                    No. CIV S-03-2044 LKK JFM P

   vs.

NORMAN BARON, C.M.O.,
et al.,

      Defendants.        ORDER
_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order February 2, 2007, plaintiff's fourth amended complaint was dismissed and plaintiff was granted forty-five days to file a fifth amended complaint. On February 26, 2007, plaintiff filed a notice of interlocutory appeal from the February 2, 2007 order. By order filed in the United States Court of Appeals for the Ninth Circuit on May 14, 2007, plaintiff's appeal was dismissed for lack of jurisdiction. That order was filed in this court on June 6, 2007. The record in this action reflects that plaintiff has not filed a fifth amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff is granted thirty days from the date of this order in which to file a fifth amended complaint;

       2. No extensions of time will be granted; and

1

3.  Failure to timely file a fifth amended complaint will result in a recommendation that this action be dismissed.

DATED: June 12, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12
will2044.5ac

2