IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

      Plaintiff,                   No. CIV S-03-2044 LKK JFM P

    vs.

NORMAN BARON, C.M.O., et al.,

      Defendants.           ORDER

                              /

        On February 2, 2007, the Magistrate Judge issued an order dismissing plaintiff's September 26, 2005 fourth amended complaint. On June 22, 2007, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of February 2, 2007 is therefore untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's June 22, 2007 request for reconsideration is denied.

DATED: January 22, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT