IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

    Plaintiff,                    No. CIV S-03-2044 LKK JFM P

    vs.

NORMAN BARON, C.M.O., et al.,

    Defendants.            <u>ORDER</u>

                             /

        Plaintiff has requested an extension of time to file and serve an opposition to defendant Roche's May 8, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 19, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendant's May 2, 2008 motion to dismiss. Defendant's reply, if any, shall be filed seven days thereafter.

DATED: May 28, 2008.

                                              UNITED STATES MAGISTRATE JUDGE

/mp
will2044.36