IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

      Plaintiff,                  No. 2:03-cv-2044-LKK-JFM (PC)

   vs.

NORMAN BARON, C.M.O., et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On May 30, 2008, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Watson and Baron were returned unserved because neither defendant is in the "CDC locator." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to send to plaintiff 1 summons, two USM-
3  285 forms, along with an instruction sheet and a copy of the amended complaint filed March 5,
4  2008;

5  2. Within sixty days from the date of this order, plaintiff shall complete and
6  submit the attached Notice of Submission of Documents to the court, with the following
7  documents:

8  a. One completed USM-285 form for each defendant;

9  b. Three copies of the endorsed amended complaint filed March 5, 2008;
10  and

11  c. One completed summons form (if not previously provided)
12  or show good cause why he cannot provide such information.

13  DATED: June 24, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp
will2044.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

      Plaintiff,                        No. 2:03-cv-2044 LKK JFM (PC)

    vs.

NORMAN BARON, C.M.O., et al.,        NOTICE OF SUBMISSION

      Defendants.                  OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__    completed summons form

      __2__    completed USM-285 forms

      __3__    copies of the March 5, 2008 Amended Complaint

DATED:

                                                    Plaintiff