IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

     Plaintiff,                      No. 2:03-cv-2044-LKK-JFM (PC)

     vs.

NORMAN BARON, C.M.O., et al.,

     Defendants.                  ORDER

_____/

     Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed May 30, 2008, the United States Marshal was directed to serve process on defendants in this action, including defendant Howard. On June 17, 2008, the United States Marshal returned service unexecuted on defendant Howard because said individual is deceased. In light of the suggestion of defendant Howard's death upon the record, the Clerk of the Court will be directed to serve a copy of the USM-285 form returned by the Marshal on plaintiff together with a copy of this order. Service of said form will invoke the ninety day time limit for filing a motion for substitution pursuant to Federal Rule of Civil Procedure 25(a)(1).

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall serve
2  on plaintiff forthwith a copy of the USM-285 form returned by the United States Marshal on
3  June 17, 2008 together with this order.
4  DATED: June 24, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp
will2044.deathdef