1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN WILLIAMS,

11            Plaintiff,                    No. 2:03-cv-2044-LKK-JFM (PC)

12        vs.

13   NORMAN BARON, C.M.O., et al.,

14            Defendants.              FINDINGS & RECOMMENDATIONS

15   _____/

16            By an order filed June 25, 2008, this court ordered plaintiff to complete and return

17   to the court, within sixty days, the USM-285 forms necessary to effect service on defendants

18   Watson and Baron.  By order filed November 7, 2009, the time to comply with the June 25, 2008

19   order was extended by another sixty days.  The latter sixty day period has since passed, and

20   plaintiff has not responded to the court's order.

21            IT IS HEREBY RECOMMENDED that defendants Watson and Baron be

22   dismissed from this action without prejudice.  See Fed. R. Civ. P. 4(m); Fed. R. Civ. P. 41(b).

23            These findings and recommendations will be submitted to the United States

24   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

25   twenty days after being served with these findings and recommendations, plaintiff may file

26   written objections with the court.  The document should be captioned "Objections to Findings

1  and Recommendations."   Plaintiff is advised that failure to file objections within the specified

2  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

3  (9th Cir. 1991).

4  DATED: January 21, 2009.

5

6  _____
   UNITED STATES MAGISTRATE JUDGE

7

8  12
9  will2044.fusm

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26