IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

      Plaintiff,                    No. 2:03-cv-2044-LKK-JFM (PC)

    vs.

NORMAN BARON, C.M.O., et al.,

      Defendants.             <u>ORDER</u>

_____/

      On August 26, 2009, plaintiff filed two motions, one styled as a motion for protective order and one seeking disclosure of the estate of defendant Howard. Judgement was entered in this action on August 7, 2009. Plaintiff's motions do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure following entry of judgment. Therefore, plaintiff's motions will be disregarded.

      IT IS SO ORDERED.

DATED: September 8, 2009.

                                                          UNITED STATES MAGISTRATE JUDGE

12/will2044.mos